JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRONE TITTLE, ) | Case No. CV 16-7804-AB (JPR) |
| ) | |
| Petitioner, ) | **J U D G M E N T** |
| ) | |
| v. ) | |
| ) | |
| RAYBON JOHNSON, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 2, 2020          _____
                              ANDRÉ BIROTTE JR.
                              U.S. DISTRICT JUDGE